AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Mark Anthony Howe ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:10-cv-08246-GMS |
| National Credit Works, a New York Corporation ) | |
| *Defendant* ) | |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 07/25/2011.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 11/18/11

CLERK OF COURT    RICHARD H. WEARE

*Signature of Clerk or Deputy Clerk*

[FILED DEC 5 2011 - MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY]

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Anthony Howe,<br><br>　　　　Plaintiff,<br>vs.<br><br>National Credit Works Inc., a New York Corporation,<br><br>　　　　Defendants. | Case No.: CV-10-8246-PCTGMS<br><br>**AMENDED JUDGMENT** |

　　　　Having reviewed Plaintiff's Motion to Amend Default Judgment (Doc. 15) and finding that good causes exist to grant such motion,

　　　　JUDGMENT IS HEREBY ENTERED in favor of Mr. Howe and against Defendant National Credit Works, Inc., in the amount of:

　　　　1.　　Statutory Damages in the amount of $1,000.00;

　　　　2.　　Attorney's Fees in the amount of $2,910.00, plus additional attorney's fees and collection costs incurred in enforcing this judgment;

3.  Costs in the amount $440.00. Interest shall accrue on said judgment at the rate of .18 percent per annum.

Dated this 25th day of July, 2011.

*/s/ H. Murray Snow*
/G. Murray Snow
United States District Judge

I hereby attest and certify on 11/8/11 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

by _____ Deputy